


IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TODD GROSSMAN,            )
                          )
         Plaintiff,       )      3:14-cv-00610-wmc
                          )
   v.                     )
                          )      Judge Conley
                          )      Magistrate Crocker
KINGSMAN ACQUISITION FIRM,)
INC., and TIMOTHY ROBINSON,)
                          )
         Defendants.      )

## AFFIDAVIT OF PROCESS SERVER – PROOF OF SERVICE

A summons in the above-captioned civil action to be served upon TIMOTHY ROBINSON was received by me on __Oct. 3__, 2014. I certify that I am over the age of eighteen (18), that I am not a party to the above-captioned civil action, and that under penalties of perjury the following information is true:

☐ On _____, 2014, I personally served the summons on TIMOTHY ROBINSON at (address) _____; **or**

☒ On __October 8__, 2014, I left the summons at (address) __127 Westland Parkway, Cheektowaga, NY__, TIMOTHY ROBINSON's residence or usual place of abode with (name) __Jeff "DOE", RESIDENT/CO-OCCUPANT__, an individual of suitable age and discretion who acknowledged that they reside with TIMOTHY ROBINSON. On the same date I mailed a copy of the summons to TIMOTHY ROBINSON's last known address; **or**

☐ On _____, 2014, I left the summons at (address) _____, TIMOTHY ROBINSON's residence or usual place of abode with an individual of suitable age and discretion that refused to provide their name but acknowledged that they reside with TIMOTHY ROBINSON. On the same date I mailed a copy of the summons to TIMOTHY ROBINSON's last known address; **or**

☐ I returned the summons unexecuted because

_____

_____

☐ Other *(specify)*: also served Disclosure of Corporate Affiliations and Financial Interest and Notice, Consent and Reference of a Civil Action to a Magistrate Judge.

**Description of Individual Served:**

**Gender:** Male ✓ Female ___
**Age:** 36-50
**Race/Skin:** BLACK
**Weight:** 161-200 lbs.
**Height:** 5'4"-5'8"
**Hair Color:** BLACK
**Other:**

_____

_____

_____
Server's Signature

Scott Gonyeo
Printed Name

KEAR ATTORNEY SERVICE
45 EXCHANGE BLVD.
SUITE 200
ROCHESTER, NY 14614
Server's Address

SUBSCRIBED AND SWORN to before me
this 16th day of October, 2014

_____
NOTARY PUBLIC

NICHOLE S. COTTON
Notary Public, State Of New York
No. 01CO6293030
Qualified in Monroe County
Commission Expires: 11/18/2017

Page 2 of 2

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:14-cv-00610

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)* Timothy Robinson
was received by me on *(date)* 10/3/14.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* JEFF "DOE" / CO-OCCUPANT / RESIDENT, a person of suitable age and discretion who resides there,
on *(date)* 10/8/14, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10/16/14

Server's signature

Scott Ganyu
Printed name and title

45 EXCHANGE BLVD.
SUITE 200
ROCHESTER, NY 14614
Server's address

Additional information regarding attempted service, etc: