## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| TODD GROSSMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 3:14-cv-00610-wmc |
| | ) | |
| v. | ) | Judge Conley |
| | ) | Magistrate Crocker |
| KINGSMAN ACQUISITION FIRM, | ) | |
| INC., and TIMOTHY ROBINSON, | ) | |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT OF PROCESS SERVER – PROOF OF SERVICE

A summons in the above-captioned civil action to be served upon KINGSMAN ACQUISITION FIRM, INC., was received by me on *October 3*, 2014. I certify that I am over the age of eighteen (18), that I am not a party to the above-captioned civil action, and that under penalties of perjury the following information is true:

☐ On _____, 2014, I served the summons at *(address)* _____ on *(name of individual)* _____, who, as the registered agent for KINGSMAN ACQUISITION FIRM, INC., is designated by law to accept service of process on behalf of KINGSMAN ACQUISITION FIRM, INC.; **or**

☒ On *October 23*, 2014, I served the summons at *(address)* *3290 Genesee Street, Cheektowaga, Ny 14225* on *(name of individual)* *Jeff Coleman, President*, who specifically stated that they were authorized to accept service of process on behalf of KINGSMAN ACQUISITION FIRM, INC.; **or**

☐ On _____, 2014, I served the summons at *(address)* _____ on an individual that refused to provide their name but said individual specifically stated that

they were authorized to accept service of process on behalf of KINGSMAN ACQUISITION FIRM, INC.; **or**

☐ I returned the summons unexecuted because

_____

☐ Other *(specify):* also served Disclosure of Corporate Affiliations and Financial Interest and Notice, Consent and Reference of a Civil Action to a Magistrate Judge.

**Description of Individual Served:**

**Gender:**     Male ✓ Female ___
**Age:**         36-50
**Race/Skin:**   BLACK
**Weight:**      161-200 lbs.
**Height:**      5'4-5'8
**Hair Color:**  BLACK
**Other:**

Server's Signature

Erin Burruto
Printed Name

45 EXCHANGE BLVD.
SUITE 200
ROCHESTER, NY 14614
Server's Address

SUBSCRIBED AND SWORN to before me
this 28 day of October , 2014

NOTARY PUBLIC

NICHOLE S. COTTON
Notary Public, State Of New York
No. 01CO6293030
Qualified in Monroe County
Commission Expires: 11/18/2017

Page **2** of **2**

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  3:14-cv-00610

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Kingsman Acquisition Firm, Inc.
was received by me on *(date)* 10/3/14 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Jeff Coleman, President , who is
designated by law to accept service of process on behalf of *(name of organization)* Kingsman
Acquisition Firm, Inc. on *(date)* 10/23/14 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date:  10/28/14

_____
*Server's signature*

Erin Poumato
_____
*Printed name and title*
45 EXCHANGE BLVD.
SUITE 200
ROCHESTER, NY 14614
_____
*Server's address*

Additional information regarding attempted service, etc: